UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Mirapex Products Liability Litigation, | Civil No. 07-MD-1836 JMR/FLN |

This Document Relates to:

| | |
|---|---|
| Barbara Goldman and Paul Goldman, | Civil 06-4784  JMR/FLN |
| John Allen, | Civil 07-2684  JMR/FLN |
| Jerome Welch, | Civil 07-3056  JMR/FLN |
| Janet Risi and Carmain Risi, | Civil 07-3058  JMR/FLN |
| Anne Gibson and Idus (Paul) Gibson | Civil 07-3260  JMR/FLN and |
| | Civil 07-3261  JMR/FLN |

Plaintiffs,

v.

O R D E R

Boehringer Engelheim, et al.,

Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 20, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Civil Action Nos.  06-4784, 07-2684, 07-3056, 07-3058, 07-3260, and 07-3261 are DISMISSED.


DATED: May12, 2009.            s/James M. Rosenbaum
at Minneapolis, Minnesota       JUDGE JAMES M.  ROSENBAUM
                                United States District Court